# Exhibit A

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

Reg. No. 2,668,597

## United States Patent and Trademark Office

Registered Dec. 31, 2002

## SERVICE MARK
### PRINCIPAL REGISTER

## WAVES

PEPPERDINE UNIVERSITY (CALIFORNIA NOT FOR PROFIT, PUBLIC BENIFIT CORPORATION)
24255 PACIFIC COAST HIGHWAY
MALIBU, CA 90263

FOR: EDUCATION AND ENTERTAINMENT SERVICES, NAMELY, PROVIDING COURSE OF INSTRUCTION AT THE UNIVERSITY LEVEL; EDUCATIONAL RESEARCH; ARRANGING AND CONDUCTING ATHLETIC EVENTS AND TOURNAMENTS, EXHIBITIONS, CONFERENCES, LIVE PERFORMANCES AND FESTIVALS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 9-0-1937; IN COMMERCE 9-0-1937.

SER. NO. 76-328,431, FILED 10-19-2001.

RUDY R. SINGLETON, EXAMINING ATTORNEY

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 12/31/2011)

# Combined Declaration of Use and Incontestability Under Sections 8 & 15

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 2668597 |
| **REGISTRATION DATE** | 12/31/2002 |
| **SERIAL NUMBER** | 76328431 |
| **MARK SECTION** | |
| **MARK** | WAVES |
| **OWNER SECTION (current)** | |
| **NAME** | Pepperdine University |
| **STREET** | 24255 Pacific Coast Highway |
| **CITY** | Malibu |
| **STATE** | California |
| **ZIP/POSTAL CODE** | 90263 |
| **COUNTRY** | United States |
| **ATTORNEY SECTION (current)** | |
| **NAME** | William H. Brewster |
| **FIRM NAME** | KILPATRICK & STOCKTON LLP |
| **STREET** | 1100 PEACHTREE ST NE STE 2800 |
| **CITY** | ATLANTA |
| **STATE** | Georgia |
| **POSTAL CODE** | 30309-4530 |
| **COUNTRY** | United States |
| **PHONE** | (404) 815-6549 |
| **ATTORNEY DOCKET NUMBER** | C1233/261465 |
| **ATTORNEY SECTION (proposed)** | |
| **NAME** | Daniel M. Cislo |
| **FIRM NAME** | Cislo & Thomas, LLP |
| **STREET** | 1333 2nd Street Suite 500 |
| **CITY** | Santa Monica |
| **STATE** | California |
| **POSTAL CODE** | 90401 |
| **COUNTRY** | United States |
| **PHONE** | 310-451-0647 |

| | |
|---|---|
| **FAX** | 310-394-4477 |
| **ATTORNEY DOCKET NUMBER** | 03-12045 |
| **OTHER APPOINTED ATTORNEY** | Kelly W. Cunningham, Esq., Reg. No. 43,570; Andrew S. Jordan, Esq., Reg. No. 33,917; David B. Sandelands, Esq., Reg. No. 46,023; Sarah A. Brown, Esq., Reg. No. 47,455; Mark D. Nielsen, Esq., Reg. No. 52,068; Sean OÂ'Brien, Esq., Reg. No. 52,080; Peter S. Veregge, Esq., Reg. No. 55,698; May Lin DeHaan, Esq., Reg. No. 42,472, C. Wook Pak, Esq., Reg. No. 50,504; Kristin B. Kosinski, Esq., Reg. No. 45,599; Aaron Fong, Esq., Reg. No. 61,923 |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 041 |
| **GOODS OR SERVICES** | KEEP ALL LISTED |
|     **SPECIMEN FILE NAME(S)** | |
|     **ORIGINAL PDF FILE** | SPN0-20915122566-123336082_._WAVES_Specimen_1.PDF |
|     **CONVERTED PDF FILE(S)**<br>    (1 page) | \\TICRS2\EXPORT15\763\284\76328431\xml1\8150002.JPG |
|     **ORIGINAL PDF FILE** | SPN0-20915122566-123336082_._WAVES_Specimen_2.PDF |
|     **CONVERTED PDF FILE(S)**<br>    (1 page) | \\TICRS2\EXPORT15\763\284\76328431\xml1\8150003.JPG |
| **SPECIMEN DESCRIPTION** | copy of flying displaying mark |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES** | 1 |
| **NUMBER OF CLASSES PAID** | 1 |
| **SUBTOTAL AMOUNT** | 300 |
| **TOTAL FEE PAID** | 300 |
| **SIGNATURE SECTION** | |
| **SIGNATURE** | /DanielMCislo/ |
| **SIGNATORY'S NAME** | Daniel M. Cislo |
| **SIGNATORY'S POSITION** | Attorney of Record |
| **DATE SIGNED** | 03/17/2008 |
| **PAYMENT METHOD** | DA |
| **FILING INFORMATION** | |
| **SUBMIT DATE** | Mon Mar 17 12:38:01 EDT 2008 |
| **TEAS STAMP** | USPTO/S08N15-XXX.XXX.XXX.<br>XX-20080317123801487353-2<br>668597-4004fa5a0dbda2a278<br>cdc2fa6c39e3f1b-DA-7615-2<br>0080317123336082308 |

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 12/31/2011)

## Combined Declaration of Use and Incontestability Under Sections 8 & 15
**To the Commissioner for Trademarks:**

**REGISTRATION NUMBER:** 2668597
**REGISTRATION DATE:** 12/31/2002

**MARK:** WAVES

The owner, Pepperdine University, having an address of
   24255 Pacific Coast Highway
   Malibu, California 90263
   United States
is filing a Combined Declaration of Use and Incontestability Under Sections 8 & 15.

For International Class 041, the mark is in use in commerce on or in connection with **all** of the goods or services listed in the existing registration for this specific class; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods or services listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods or services exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one specimen for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) copy of flying displaying mark.

**Original PDF file:**
SPN0-20915122566-123336082_._WAVES_Specimen_1.PDF
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
SPN0-20915122566-123336082_._WAVES_Specimen_2.PDF
**Converted PDF file(s)** (1 page)
Specimen File1

The registrant hereby appoints Daniel M. Cislo and Kelly W. Cunningham, Esq., Reg. No. 43,570; Andrew S. Jordan, Esq., Reg. No. 33,917; David B. Sandelands, Esq., Reg. No. 46,023; Sarah A. Brown, Esq., Reg. No. 47,455; Mark D. Nielsen, Esq., Reg. No. 52,068; Sean OÂ'Brien, Esq., Reg. No. 52,080; Peter S. Veregge, Esq., Reg. No. 55,698; May Lin DeHaan, Esq., Reg. No. 42,472, C. Wook Pak, Esq., Reg. No. 50,504; Kristin B. Kosinski, Esq., Reg. No. 45,599; Aaron Fong, Esq., Reg. No. 61,923 of  Cislo & Thomas, LLP
   1333 2nd Street Suite 500
   Santa Monica, California 90401
    United States
to file this Combined Declaration of Use and Incontestability Under Sections 8 & 15 on behalf of the registrant.  The attorney docket/reference number is 03-12045.

A fee payment in the amount of $300 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

## Declaration

*The owner, or its related company, is using the mark in commerce on or in connection with the goods and/or services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce. The owner, or its related company, has continuously used the mark in commerce on or in connection with the goods and/or services identified above, for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still using the mark in commerce on or in connection with the identified goods and/or services. There has been no final decision adverse to the owner's claim of ownership of such mark for such goods and/or services, or to the owner's right to register the same or to keep the same on the register; and there is no proceeding involving said rights pending and not disposed of either in the U.S. Patent and Trademark Office or in the courts.*

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.


Signature: /DanielMCislo/    Date: 03/17/2008
Signatory's Name: Daniel M. Cislo
Signatory's Position: Attorney of Record

Mailing Address **(current)**:
  KILPATRICK & STOCKTON LLP
  1100 PEACHTREE ST NE STE 2800
  ATLANTA, Georgia 30309-4530

Mailing Address **(proposed**):
  Cislo & Thomas, LLP
  1333 2nd Street Suite 500
  Santa Monica, California 90401

Serial Number: 76328431
Internet Transmission Date: Mon Mar 17 12:38:01 EDT 2008
TEAS Stamp: USPTO/S08N15-XXX.XXX.XXX.XX-200803171238
01487353-2668597-4004fa5a0dbda2a278cdc2f
a6c39e3f1b-DA-7615-20080317123336082308

41

Exhibit A





**ROUTING SHEET TO POST REGISTRATION (PRU)**   Registration Number:   2668597



Serial Number:   76328431



**RAM Sale Number:**   7615

**RAM Accounting Date:**   20080317                    Total Fees:        $300

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20080317 | $100 | 1 | 1 | $100 |
| §15 affidavit | 7208 | 20080317 | $200 | 1 | 1 | $200 |

Physical Location: 900  - FILE REPOSITORY (FRANCONIA)

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): False

Transaction Date:   20080317



44

Exhibit A



**UNITED STATES PATENT AND TRADEMARK OFFICE**

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451
www.uspto.gov

REGISTRATION NO: 2668597   SERIAL NO: 76/328431   MAILING DATE: 04/07/2008
REGISTRATION DATE: 12/31/2002
MARK: WAVES
REGISTRATION OWNER: Pepperdine University

**CORRESPONDENCE ADDRESS:**
Daniel M. Cislo
Cislo & Thomas, LLP
1333 2nd Street Suite 500
Santa Monica CA 90401

# NOTICE OF ACCEPTANCE
15 U.S.C. Sec. 1058(a)(1)

THE COMBINED AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

**ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.**

***********************************************

# NOTICE OF ACKNOWLEDGEMENT
15 U.S.C. Sec. 1065

THE AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 15 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1065.

**ACCORDINGLY, THE SECTION 15 AFFIDAVIT IS ACKNOWLEDGED.**

***********************************************

**THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):**
041.

HORN, ARLENE JOYCE
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

**PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION**
ORIGINAL

45

Exhibit A

**REQUIREMENTS FOR MAINTAINING A FEDERAL TRADEMARK REGISTRATION**

**I) SECTION 8: AFFIDAVIT OF CONTINUED USE**

The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. Sec. 1058, at the end of each successive 10-year period following the date of registration.

**Failure to file the Section 8 Affidavit will result in the cancellation of the registration.**


**II) SECTION 9: APPLICATION FOR RENEWAL**

The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. Sec. 1059, at the end of each successive 10-year period following the date of registration.

**Failure to file the Application for Renewal will result in the expiration of the registration.**



**NO FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS WILL BE SENT TO THE REGISTRANT BY THE PATENT AND TRADEMARK OFFICE.  IT IS RECOMMENDED THAT THE REGISTRANT CONTACT THE PATENT AND TRADEMARK OFFICE APPROXIMATELY ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.**