# Exhibit B

Int. Cls.: **25 and 41**

Prior U.S. Cls.: **22, 39, 100, 101, and 107**

**United States Patent and Trademark Office**

Reg. No. **2,967,811**
Registered July 12, 2005

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



PEPPERDINE UNIVERSITY (CALIFORNIA NON-PROFIT CORPORATION)
24255 PACIFIC COAST HIGHWAY
MALIBU, CA 90263

FOR: CLOTHING, NAMELY, TEE-SHIRTS, SWEATSHIRTS, SWEATPANTS, HATS, CAPS, SWEATERS, JACKETS, BOXER SHORTS, SOCKS, TANKTOPS, AND SHORTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-1-2003; IN COMMERCE 6-1-2003.

FOR: EDUCATION AND ENTERTAINMENT SERVICES, NAMELY, PROVIDING COURSE OF INSTRUCTION AT THE UNIVERSITY LEVEL; EDUCATIONAL RESEARCH; ARRANGING AND CONDUCTING INTERCOLLEGIATE ATHLETIC COMPETITIONS AND TOURNAMENTS, ORGANIZING AND CONDUCTING EDUCATIONAL EXHIBITIONS IN THE AREAS OF ART, CULTURE, TECHNOLOGY, AND OTHER SUBJECTS OF INTEREST TO THE UNIVERSITY COMMUNITY; ARRANGING AND CONDUCTING EDUCATIONAL CONFERENCES, ENTERTAINMENT SERVICES IN THE NATURE OF LIVE MUSICAL AND OTHER PERFORMING ARTS PERFORMANCES, AND ORGANIZING AND CONDUCTING CULTURAL, ART, ATHLETIC AND ACADEMIC FESTIVALS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 6-1-2003; IN COMMERCE 6-1-2003.

SN 76-523,320, FILED 6-17-2003.

JENNIFER CHICOSKI, EXAMINING ATTORNEY

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 12/31/2011)

# Combined Declaration of Use and Incontestability under Sections 8 & 15

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 2967811 |
| **REGISTRATION DATE** | 07/12/2005 |
| **SERIAL NUMBER** | 76523320 |
| **MARK SECTION** | |
| **MARK** | PEPPERDINE WAVES (stylized and/or with design) |
| **ATTORNEY SECTION (current)** | |
| **NAME** | Daniel M. Cislo |
| **FIRM NAME** | CISLO & THOMAS, LLP |
| **STREET** | 233 WILSHIRE BOULEVARD, SUITE 900 |
| **CITY** | SANTA MONICA |
| **STATE** | California |
| **POSTAL CODE** | 90401-1211 |
| **COUNTRY** | United States |
| **PHONE** | (310) 451-0647 |
| **FAX** | (310) 394-4477 |
| **ATTORNEY SECTION (proposed)** | |
| **NAME** | Daniel M. Cislo |
| **FIRM NAME** | CISLO & THOMAS, LLP |
| **STREET** | 1333 2nd Street, Suite 500 |
| **CITY** | SANTA MONICA |
| **STATE** | California |
| **POSTAL CODE** | 90401 |
| **COUNTRY** | United States |
| **PHONE** | (310) 451-0647 |
| **FAX** | (310) 394-4477 |
| **DOCKET/REFERENCE NUMBER** | 03-12087 |
| **OTHER APPOINTED ATTORNEY** | Kelly W. Cunningham, Esq., Reg. No. 43,570; David B. Sandelands, Esq., Reg. No. 46,023; Sarah A. Brown, Esq., Reg. No. 47,455; Mark D. Nielsen, Esq., Reg. No. 52,068; Sean O'Brien, Esq., Reg. No. 52,080; Peter S. Veregge, Esq., Reg. No. 55,698; C. Wook Pak, Esq., Reg. No. 50,504; Kristin B. Kosinski, Esq., Reg. No. 45,599 |
| **CORRESPONDENCE SECTION (current)** | |
| **NAME** | DANIEL M. CISLO |

| FIRM NAME | CISLO & THOMAS, LLP |
|---|---|
| STREET | 233 WILSHIRE BOULEVARD, SUITE 900 |
| CITY | SANTA MONICA |
| STATE | California |
| POSTAL CODE | 90401-1211 |
| COUNTRY | United States |
| PHONE | (310) 451-0647 |
| FAX | (310) 394-4477 |

**CORRESPONDENCE SECTION (proposed)**

| NAME | DANIEL M. CISLO |
|---|---|
| FIRM NAME | CISLO & THOMAS, LLP |
| STREET | 1333 2nd Street, Suite 500 |
| CITY | SANTA MONICA |
| STATE | California |
| POSTAL CODE | 90401 |
| COUNTRY | United States |
| PHONE | (310) 451-0647 |
| FAX | (310) 394-4477 |
| DOCKET/REFERENCE NUMBER | 03-12087 |

**GOODS AND/OR SERVICES SECTION**

| INTERNATIONAL CLASS | 025 |
|---|---|
| GOODS OR SERVICES | clothing, namely, tee-shirts, sweatshirts, sweatpants, hats, caps, sweaters, jackets, boxer shorts, socks, tanktops, and shorts |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPN0-66808318-151635142_._PEPPERDINE_WAVES_Specimen_Class_25.PDF |
| CONVERTED PDF FILE(S) (2 pages) | \\TICRS\EXPORT11\IMAGEOUT11\765\233\76523320\xml2\8150002.JPG |
| | \\TICRS\EXPORT11\IMAGEOUT11\765\233\76523320\xml2\8150003.JPG |
| SPECIMEN DESCRIPTION | internet page showing the mark on the goods at the point of sale |
| INTERNATIONAL CLASS | 041 |
| GOODS OR SERVICES | education and entertainment services, namely, providing course of instruction at the university level; educational research; arranging and conducting intercollegiate athletic competitions and tournaments, organizing and conducting educational exhibitions in the areas of art, culture, technology, and other subjects of interest to the university community; arranging and conducting educational conferences, entertainment services in the nature of live musical and other performing arts performances, and organizing and conducting cultural, art, athletic and academic festivals |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPN1-66808318-151635142_._PEPPERDINE_WAVES_Specimen_Class_41.PDF |
| CONVERTED PDF FILE(S) (2 pages) | \\TICRS\EXPORT11\IMAGEOUT11\765\233\76523320\xml2\8150004.JPG |

| | |
|---|---|
| | \\TICRS\EXPORT11\IMAGEOUT11\765\233\76523320\xml2\8150005.JPG |
| **SPECIMEN DESCRIPTION** | internet page showing the mark used in association with the services |
| **OWNER SECTION (current)** | |
| **NAME** | Pepperdine University |
| **STREET** | 24255 Pacific Coast Highway |
| **CITY** | Malibu |
| **STATE** | California |
| **ZIP/POSTAL CODE** | 90263 |
| **COUNTRY** | United States |
| **LEGAL ENTITY SECTION (current)** | |
| **TYPE** | NON-PROFIT CORPORATION |
| **STATE/COUNTRY WHERE LEGALLY ORGANIZED** | California |
| **LEGAL ENTITY SECTION (proposed)** | |
| **TYPE** | NON-PROFIT CORPORATION |
| **STATE/COUNTRY WHERE LEGALLY ORGANIZED** | California |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES** | 2 |
| **NUMBER OF CLASSES PAID** | 2 |
| **SUBTOTAL AMOUNT** | 600 |
| **TOTAL FEE PAID** | 600 |
| **SIGNATURE SECTION** | |
| **SIGNATURE** | /DanielMCislo/ |
| **SIGNATORY'S NAME** | Daniel M. Cislo |
| **SIGNATORY'S POSITION** | Attorney of Record, Reg. No. 32,973, California State Bar Member |
| **DATE SIGNED** | 04/26/2011 |
| **PAYMENT METHOD** | DA |
| **FILING INFORMATION** | |
| **SUBMIT DATE** | Tue Apr 26 15:22:07 EDT 2011 |
| **TEAS STAMP** | USPTO/S08N15-XX.XX.XX.XX-20110426152207819866-2967811-480616fe0348ed8c22e70c67fd6d2522a6c-DA-1954-20110426151635142059 |

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 12/31/2011)

## Combined Declaration of Use and Incontestability under Sections 8 & 15

**To the Commissioner for Trademarks:**

**REGISTRATION NUMBER:** 2967811
**REGISTRATION DATE:** 07/12/2005

**MARK:** (Stylized and/or with Design, PEPPERDINE WAVES)

The owner, Pepperdine University, NON-PROFIT CORPORATION legally organized under the laws of California, having an address of
   24255 Pacific Coast Highway
   Malibu, California 90263
   United States
is filing a Combined Declaration of Use and Incontestability under Sections 8 & 15.

For International Class 025, the mark is in use in commerce on or in connection with **all** of the goods or services listed in the existing registration for this specific class: clothing, namely, tee-shirts, sweatshirts, sweatpants, hats, caps, sweaters, jackets, boxer shorts, socks, tanktops, and shorts; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods or services listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods or services exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one specimen for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) internet page showing the mark on the goods at the point of sale.

**Original PDF file:**
SPN0-66808318-151635142_._PEPPERDINE_WAVES_Specimen_Class_25.PDF
**Converted PDF file(s)** (2 pages)
Specimen File1
Specimen File2

For International Class 041, the mark is in use in commerce on or in connection with **all** of the goods or services listed in the existing registration for this specific class: education and entertainment services, namely, providing course of instruction at the university level; educational research; arranging and conducting intercollegiate athletic competitions and tournaments, organizing and conducting educational exhibitions in the areas of art, culture, technology, and other subjects of interest to the university community; arranging and conducting educational conferences, entertainment services in the nature of live musical and other performing arts performances, and organizing and conducting cultural, art, athletic and academic festivals; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods or services listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods or services exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one specimen for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) internet page showing the mark used in association with the services.

**Original PDF file:**
SPN1-66808318-151635142_._PEPPERDINE_WAVES_Specimen_Class_41.PDF
**Converted PDF file(s)** (2 pages)
Specimen File1
Specimen File2
The registrant's current Attorney Information: Daniel M. Cislo of  CISLO & THOMAS, LLP
   233 WILSHIRE BOULEVARD, SUITE 900
   SANTA MONICA, California (CA) 90401-1211
   United States (USX)

The registrant's proposed Attorney Information: Daniel M. Cislo of  CISLO & THOMAS, LLP

51
Exhibit B

    1333 2nd Street, Suite 500
    SANTA MONICA, California (CA) 90401
    United States (USX)
The docket/reference number is 03-12087.

The phone number is (310) 451-0647.

The fax number is (310) 394-4477.
The registrant's current Correspondence Information: DANIEL M. CISLO of CISLO & THOMAS, LLP
    233 WILSHIRE BOULEVARD, SUITE 900
    SANTA MONICA, California (CA) 90401-1211
    United States (USX)

The registrant's proposed Correspondence Information: DANIEL M. CISLO of CISLO & THOMAS, LLP
    1333 2nd Street, Suite 500
    SANTA MONICA, California (CA) 90401
    United States (USX)
The docket/reference number is 03-12087.

The phone number is (310) 451-0647.

The fax number is (310) 394-4477.

A fee payment in the amount of $600 will be submitted with the form, representing payment for 2 class(es), plus any additional grace period fee, if necessary.

## Declaration

*The mark is in use in commerce on or in connection with the goods and/or services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce. The mark has been in continuous use in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce. There has been no final decision adverse to the owner's claim of ownership of such mark, or to the owner's right to register the same or to keep the same on the register; and there is no proceeding involving said rights pending and not disposed of either in the U.S. Patent and Trademark Office or in the courts.*

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /DanielMCislo/     Date: 04/26/2011
Signatory's Name: Daniel M. Cislo
Signatory's Position: Attorney of Record, Reg. No. 32,973, California State Bar Member

Mailing Address **(current):**
  CISLO & THOMAS, LLP
  233 WILSHIRE BOULEVARD, SUITE 900
  SANTA MONICA, California 90401-1211

Mailing Address **(proposed):**
  CISLO & THOMAS, LLP
  1333 2nd Street, Suite 500
  SANTA MONICA, California 90401

Serial Number: 76523320
Internet Transmission Date: Tue Apr 26 15:22:07 EDT 2011
TEAS Stamp: USPTO/S08N15-XX.XX.XX.XX-201104261522078
19866-2967811-480616fe0348ed8c22e70c67fd
6d2522a6c-DA-1954-20110426151635142059

4/26/2011        Pepperdine Waves Youth Ash Big Logo…

Customer Service
My Account
Order Status
Gift Certificates
pepperdinesports.com

My Cart ( 0 items ) $0.00

Enter Keyword

- $4.99 3-Day Shipping. Any Size Order! -

HOME > Pepperdine Waves Gear > Pepperdine Waves T-Shirts > Item Code: 490185

Search

T-Shirts
Sweatshirts & Fleece
Hats

Accessories
Auto Accessories
Blankets, Bed & Bath
Collectibles
Cups, Mugs & Shots
Equipment
Gameday & Tailgate
Golf & More
Hats
Home Office & School
Jackets
Kids
Kitchen & Bar
Ladies
License Plate & Frames
Mens
Pet Supplies
Polos
Shoes & Socks
Shorts & Pants
Sweatshirts & Fleece
T-Shirts
**View All Items**



ZOOM IN

Order today, receive no later than
Monday, May 2nd
Some limitations apply
$4.99 3-day shipping. Need it faster?

### Pepperdine Waves Youth Ash Big Logo Long Sleeve T-shirt

**In Stock** - Receive by May 2nd

**Price: $17.95**

Select Size     Size Chart

| Yth M | Yth L | Yth XL |

Quantity   1



### Description

Let your young fan show their support for Pepperdine with this Big Logo long sleeve tee featuring distressed graphics on the chest!

- Lightweight ribbed T-shirt
- Distressed screen print graphics
- Rib-knit collar & cuffs
- Imported
- 90% Cotton/10% Polyester
- Officially licensed NCAA product

Have a Suggestion?

$10 to $20
$20 to $40
$40 to $60

Sign Up For Great Updates

Enter E-mail Address

>> Visit www.pepperdinesports.com

| Account Information | Worry Free Shopping | Customer Service | Information |
|---|---|---|---|
| Order Status | Safe Shopping | Help | Gift Cards |
| My Account | About Us | Shipping | Corporate Info |
| View Cart | Privacy Policy | Returns | Size Chart |
| | | Call: 1-877-582-9126 | |

53
Exhibit B

4/26/2011 Pepperdine Waves Youth Ash Big Logo...



© 2011 TeamFanShop, Inc. All rights reserved. No portion of this site may be reproduced or duplicated without the express permission of TeamFanShop, Inc.

54
Exhibit B





Pepperdine University Official Athletic Site - Windows Internet Explorer
http://www.pepperdinesports.com/trads/pepp-trads.html
Windows Live
pepperdine university
What's New Profile Mail Photos Calendar MSN
Sign in
Time Matters
Favorites
Suggested Sites
Microsoft
Best of the Web
Channel Guide
Internet Start
Microsoft
PAIR Page
Web Slice Gallery
Pepperdine University Official Athletic Site
Page Safety Tools
THE OFFICIAL WEBSITE OF PEPPERDINE UNIVERSITY ATHLETICS
PEPPERDINE
Pepperdine Athletics Hall of Fame Induction
Steve Smith
Janna Kovacevich
Sasha Poljak
October 17, 2010
SCHEDULES
INSIDE ATHLETICS
CHAMPIONS
FAN CENTRAL
TICKETS
RECRUITS
MULTIMEDIA
General Information
Group Tickets
All-Sports Pass
Men's Basketball Tickets
Women's Basketball Tickets
Men's Volleyball Tickets
Women's Volleyball Tickets
Baseball Tickets
Women's Soccer Tickets
Men's Water Polo Tickets
PEPPERDINE WAVES
Visit the links below to learn more about some of Pepperdine's athletic success and traditions.
National Championships
Conference Championships
Hall of Fame
All-Americans
Student-Athlete Award Winners
Olympians
Pepperdine Football (1946-61)
Cheerleading
The Pepp Band
Pepperdine Dance Team
Jr. Waves Club
Pepperdine Mascot
Nickname: the Waves
School Colors: Blue & Orange
http://www.pepperdinesports.com/trads/pepp-trads.html#
Internet | Protected Mode: Off
100%
11:30 AM
10/21/2010

**ROUTING SHEET TO POST REGISTRATION (PRU)**

**Registration Number:** 2967811



**Serial Number:** 76523320



**RAM Sale Number:** 1954

**RAM Accounting Date:** 20110427

**Total Fees:** $600

Note: Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20110426 | $100 | 2 | 2 | $200 |
| §15 affidavit | 7208 | 20110426 | $200 | 2 | 2 | $400 |

Physical Location: 900 - FILE REPOSITORY (FRANCONIA)

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:** 20110426

57
Exhibit B

Side - 1



**NOTICE OF ACCEPTANCE AND ACKNOWLEDGEMENT OF §§8 & 15 DECLARATION**
**MAILING DATE: May 18, 2011**

The combined declaration of use and incontestability filed in connection with the registration identified below meets the requirements of Sections 8 and 15 of the Trademark Act, 15 U.S.C. §1058 and 1065.  The combined declaration is accepted and acknowledged.  The registration remains in force.

For further information about this notice, visit our website at: http://www.uspto.gov.  To review information regarding the referenced registration, go to http://tarr.uspto.gov.

**REG NUMBER:**       2967811
**MARK:**             **PEPPERDINE WAVES AND DESIGN**
**OWNER:**            **Pepperdine University**

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS MAIL
U.S POSTAGE
PAID

Daniel M. Cislo
CISLO & THOMAS, LLP
1333 2nd Street, Suite 500
SANTA MONICA, CA   90401

58
Exhibit B