# Exhibit C

Int. Cls.: **25 and 41**

Prior U.S. Cls.: **22, 39, 100, 101, and 107**

Reg. No. 2,903,783

## United States Patent and Trademark Office

Registered Nov. 16, 2004

### TRADEMARK
### SERVICE MARK
### PRINCIPAL REGISTER



PEPPERDINE UNIVERSITY (CALIFORNIA NON-PROFIT CORPORATION)
24255 PACIFIC COAST HIGHWAY
MALIBU, CA 90263

FOR: CLOTHING, NAMELY, TEE-SHIRTS, SWEATSHIRTS, SWEATPANTS, HATS, CAPS, SWEATERS, JACKETS, BOXER SHORTS, SOCKS, TANKTOPS, AND SHORTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-1-2003; IN COMMERCE 6-1-2003.

FOR: EDUCATION AND ENTERTAINMENT SERVICES, NAMELY, PROVIDING COURSE OF INSTRUCTION AT THE UNIVERSITY LEVEL; EDUCATIONAL RESEARCH; ARRANGING AND CONDUCTING INTERCOLLEGIATE ATHLETIC COMPETITIONS AND TOURNAMENTS, ORGA-

NIZING AND CONDUCTING EDUCATIONAL EXHIBITIONS IN THE AREAS OF ART, CULTURE, TECHNOLOGY, AND OTHER SUBJECTS OF INTEREST TO THE UNIVERSITY COMMUNITY; ARRANGING AND CONDUCTING EDUCATIONAL CONFERENCES, ENTERTAINMENT SERVICES IN THE NATURE OF LIVE MUSICAL AND OTHER PERFORMING ARTS PERFORMANCES, AND ORGANIZING AND CONDUCTING CULTURAL, ART, ATHLETIC AND ACADEMIC FESTIVALS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 6-1-2003; IN COMMERCE 6-1-2003.

SN 76-523,317, FILED 6-17-2003.

JENNIFER CHICOSKI, EXAMINING ATTORNEY

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 12/31/2011)

# Combined Declaration of Use and Incontestability under Sections 8 & 15

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 2903783 |
| **REGISTRATION DATE** | 11/16/2004 |
| **SERIAL NUMBER** | 76523317 |
| **MARK SECTION** | |
| MARK | WAVES (stylized and/or with design) |
| **OWNER SECTION (current)** | |
| NAME | Pepperdine University |
| STREET | 24255 Pacific Coast Highway |
| CITY | Malibu |
| STATE | California |
| ZIP/POSTAL CODE | 90263 |
| COUNTRY | United States |
| **ATTORNEY SECTION (current)** | |
| NAME | Daniel M. Cislo |
| FIRM NAME | CISLO & THOMAS, LLP |
| STREET | 233 WILSHIRE BOULEVARD, SUITE 900 |
| CITY | SANTA MONICA |
| STATE | California |
| POSTAL CODE | 90401-1211 |
| COUNTRY | United States |
| PHONE | (310) 451-0647 |
| FAX | (310) 394-4477 |
| **ATTORNEY SECTION (proposed)** | |
| NAME | Daniel M. Cislo |
| FIRM NAME | CISLO & THOMAS, LLP |
| STREET | 1333 2nd Street, Suite 500 |
| CITY | SANTA MONICA |
| STATE | California |
| POSTAL CODE | 90401 |
| COUNTRY | United States |
| PHONE | (310) 451-0647 |

| FAX | (310) 394-4477 |
|---|---|
| OTHER APPOINTED ATTORNEY | Kelly W. Cunningham, Esq., Reg. No. 43,570; David B. Sandelands, Esq., Reg. No. 46,023; Sarah A. Brown, Esq., Reg. No. 47,455; Mark D. Nielsen, Esq., Reg. No. 52,068; Sean OÂ`Brien, Esq., Reg. No. 52,080; Peter S. Veregge, Esq., Reg. No. 55,698; C. Wook Pak, Esq., Reg. No. 50,504; Kristin B. Kosinski, Esq., Reg. No. 45,599 |

## GOODS AND/OR SERVICES SECTION

| INTERNATIONAL CLASS | 025 |
|---|---|
| GOODS OR SERVICES | KEEP ALL LISTED |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPN0-66808318-172620823_._.WAVES_Logo_T-Shirt.PDF |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT8\IMAGEOUT8\765\233\76523317\xml3\8150002.JPG |
| SPECIMEN DESCRIPTION | photograph of the logo directly on the goods |
| INTERNATIONAL CLASS | 041 |
| GOODS OR SERVICES | KEEP ALL LISTED |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPN1-66808318-172620823_._.WAVES_Logo_Athletic_Brochure.PDF |
| CONVERTED PDF FILE(S) (2 pages) | \\TICRS\EXPORT8\IMAGEOUT8\765\233\76523317\xml3\8150003.JPG |
| | \\TICRS\EXPORT8\IMAGEOUT8\765\233\76523317\xml3\8150004.JPG |
| SPECIMEN DESCRIPTION | photocopy of brochure displaying the logo near the services |

## PAYMENT SECTION

| NUMBER OF CLASSES | 2 |
|---|---|
| NUMBER OF CLASSES PAID | 2 |
| SUBTOTAL AMOUNT | 600 |
| TOTAL FEE PAID | 600 |

## SIGNATURE SECTION

| SIGNATURE | /DanielMCislo/ |
|---|---|
| SIGNATORY'S NAME | Daniel M. Cislo |
| SIGNATORY'S POSITION | Attorney of Record, Reg. No. 32,973, California State Bar Member |
| DATE SIGNED | 12/02/2009 |
| PAYMENT METHOD | DA |

## FILING INFORMATION

| SUBMIT DATE | Wed Dec 02 17:31:56 EST 2009 |
|---|---|
| TEAS STAMP | USPTO/S08N15-XX.XX.XX.XX-20091202173156700501-2903 783-460809f251b4dadb2bc81 ae9244dada6eb-DA-4187-200 91202172620823770 |

Exhibit C

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 12/31/2011)

### Combined Declaration of Use and Incontestability under Sections 8 & 15

**To the Commissioner for Trademarks:**

**REGISTRATION NUMBER:** 2903783
**REGISTRATION DATE:** 11/16/2004

**MARK:** WAVES (stylized and/or with design)

The owner, Pepperdine University, having an address of
    24255 Pacific Coast Highway
    Malibu, California 90263
    United States
is filing a Combined Declaration of Use and Incontestability under Sections 8 & 15.

For International Class 025, the mark is in use in commerce on or in connection with **all** of the goods or services listed in the existing registration for this specific class; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods or services listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods or services exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one specimen for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) photograph of the logo directly on the goods.

**Original PDF file:**
SPN0-66808318-172620823_._WAVES_Logo_T-Shirt.PDF
**Converted PDF file(s)** (1 page)
Specimen File1

For International Class 041, the mark is in use in commerce on or in connection with **all** of the goods or services listed in the existing registration for this specific class; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods or services listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods or services exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one specimen for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) photocopy of brochure displaying the logo near the services.

**Original PDF file:**
SPN1-66808318-172620823_._WAVES_Logo_Athletic_Brochure.PDF
**Converted PDF file(s)** (2 pages)
Specimen File1
Specimen File2

The registrant hereby appoints Daniel M. Cislo and Kelly W. Cunningham, Esq., Reg. No. 43,570; David B. Sandelands, Esq., Reg. No. 46,023; Sarah A. Brown, Esq., Reg. No. 47,455; Mark D. Nielsen, Esq., Reg. No. 52,068; Sean OÂ'Brien, Esq., Reg. No. 52,080; Peter S. Veregge, Esq., Reg. No. 55,698; C. Wook Pak, Esq., Reg. No. 50,504; Kristin B. Kosinski, Esq., Reg. No. 45,599 of  CISLO & THOMAS, LLP
    1333 2nd Street, Suite 500
    SANTA MONICA, California 90401
    United States
to file this Combined Declaration of Use and Incontestability under Sections 8 & 15 on behalf of the registrant.

A fee payment in the amount of $600 will be submitted with the form, representing payment for 2 class(es), plus any additional grace period fee, if necessary.

### Declaration

*The mark is in use in commerce on or in connection with the goods and/or services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce. The mark has been in continuous use in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce. There has been no final decision adverse to the owner's claim of ownership of such mark, or to the owner's right to register the same or to keep the same on the register; and there is no proceeding involving said rights pending and not disposed of either in the U.S. Patent and Trademark Office or in the courts.*

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.


Signature: /DanielMCislo/     Date: 12/02/2009
Signatory's Name: Daniel M. Cislo
Signatory's Position: Attorney of Record, Reg. No. 32,973, California State Bar Member

Mailing Address (**current**):
  CISLO & THOMAS, LLP
  233 WILSHIRE BOULEVARD, SUITE 900
  SANTA MONICA, California 90401-1211

Mailing Address (**proposed**):
  CISLO & THOMAS, LLP
  1333 2nd Street, Suite 500
  SANTA MONICA, California 90401

Serial Number: 76523317
Internet Transmission Date: Wed Dec 02 17:31:56 EST 2009
TEAS Stamp: USPTO/S08N15-XX.XX.XX.XX-200912021731567
00501-2903783-460809f251b4dadb2bc81ae924
4dada6eb-DA-4187-20091202172620823770

64
Exhibit C







Exhibit C

## ROUTING SHEET TO POST REGISTRATION (PRU)

**Registration Number:**    2903783



**Serial Number:**    76523317



**RAM Sale Number:  4187**

**RAM Accounting Date:  20091203**

**Total Fees:**      $600

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20091202 | $100 | 2 | 2 | $200 |
| §15 affidavit | 7208 | 20091202 | $200 | 2 | 2 | $400 |

Physical Location: 900  - FILE REPOSITORY (FRANCONIA)

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**    20091202



Exhibit C

Side - 1



**NOTICE OF ACCEPTANCE AND
ACKNOWLEDGEMENT OF §§8 & 15
DECLARATION
MAILING DATE: Dec 14, 2009**

The combined declaration of use and incontestability filed in connection with the registration identified below meets the requirements of Sections 8 and 15 of the Trademark Act, 15 U.S.C. §1058 and 1065.  The combined declaration is accepted and acknowledged.  The registration remains in force.

For further information about this notice, visit our website at: http://www.uspto.gov.  To review information regarding the referenced registration, go to http://tarr.uspto.gov.

**REG NUMBER:**            **2903783**
**MARK:**                    **WAVES AND DESIGN**
**OWNER:**                **Pepperdine University**

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS MAIL
U.S POSTAGE
PAID

Daniel M. Cislo
CISLO & THOMAS, LLP
1333 2nd Street, Suite 500
SANTA MONICA, CA   90401

69
Exhibit C