# Exhibit D

# SAMPLE OF WAVES MERCHANDISE FEATURED AT PEPPERDINE BOOKSTORE

| ITEM | PHOTO |
|---|---|
| Long-sleeve Shirt |  |
| Sweatshirt | |
| Basketball | |

| ITEM | PHOTO |
|---|---|
| **Vest** | |
| **T-Shirt, Youth** | |
| **Polo** | |
| **Beanie** | |

| ITEM | PHOTO |
|---|---|
| **Full Zip Sweatshirt** | |
| **Tank Top, Racerback** | |
| **Twill Button Down** | |



| ITEM | PHOTO |
|---|---|
| **Tumbler** | |
| **Basketball** | |
| **Volleyball** | |

| ITEM | PHOTO |
|---|---|
| **Hat** | |
| **Bag** | |
| **Soccer Ball** | |

| ITEM | PHOTO |
|---|---|
| **T-Shirt** | |
| **Long-sleeve Shirt** | |
| **Sweatshirt** | |

| ITEM | PHOTO |
|---|---|
| Sweatshirt | |
| Sweatshirt | |

| ITEM | PHOTO |
|---|---|
| Sweatshirt | |
| Sweatpants | |
| Shorts | |