# Exhibit G

Exhibit G
91



# CISLO & THOMAS LLP
*Attorneys at Law*

| | | |
|---|---|---|
| PATENT, TRADEMARK COPYRIGHT & RELATED MATTERS<br><br>SANTA BARBARA<br>7 WEST FIGUEROA STREET<br>THIRD FLOOR<br>SANTA BARBARA, CA 93101-5109<br>(805) 962-1515 | 12100 WILSHIRE BOULEVARD<br>SUITE 1700<br>LOS ANGELES, CA 90025-7103<br>(310) 979-9190<br>FACSIMILE (310) 394-4477<br>WWW.CISLO.COM | PROCUREMENT AND ENFORCEMENT OF INTELLECTUAL PROPERTY<br><br>WESTLAKE VILLAGE<br>2829 TOWNSGATE ROAD<br>SUITE 330<br>WESTLAKE VILLAGE, CA 91361-3006<br>(805) 496-1164 |

February 17, 2025

**VIA FEDERAL EXPRESS AND EMAIL TRANSMISSION**
EMAIL ADDRESS: d.hyman@netflix.com; david.hyman@netflix.com; dhyman@netflix.com; mellis@3arts.com; david.zaslav@warnerbros.com; legal@wb.com

Netflix, Inc.
Attn: David Hyman, Chief Legal Officer
121 Albright Way
Los Gatos, CA 9503

23/34 Productions
Attn: Ike Barinholtz
3rd Floor, North Tower
c/o Jared Levine, 2000 Ave. of the Stars
Los Angeles, CA 90067

3 Arts Entertainment
Attn: Mike Ellis
9460 Wilshire Boulevard
Beverly Hills, CA 90212

Kaling International
Attn: Mindy Kaling
1888 Century Park East, Ste. 900
Los Angeles, CA 90067

Warner Brothers Entertainment Inc.
Attn: David Zaslav, President/CEO
3400 W Riverside Dr.
Burbank, Ca 91505-4669

Re:  **RUNNING POINT** - **Trademark Dilution and Defamation**
      **C&T Ref. No.: 25-92694**

Dear Sirs/Madam:

To date, our firm has not received a response to its cease-and-desist letter dated February 12, 2025, on behalf of Pepperdine University. A copy of the letter is enclosed again for

QUALITY CLIENT CARE® SINCE 1979

February 17, 2025
Page 2

convenience.

We note that *Running Point* is set to be released on February 27, 2025, just ten days from now. Once released, the series will have been distributed to millions of households irreparably tarnishing our client's brand.

The similarities between Running Point's "Waves" and Pepperdine's Waves are undeniable. Reputational harm can be extremely damaging and permanent.

Pepperdine University reiterates its demand that you immediately cease use of the Waves' name and likeness for the show *Running Point*, and that you do not release the series with the Waves name or logo. If the series is released as planned, the damage to the University will be significant and irreparable. **Pepperdine University does not want any affiliation and/or association with the show *Running Point*.**

If these issues are not resolved before release, the University will take all appropriate legal actions to protect its interests. We understand that an attorney at Warner Brothers has been in contact with our client in recent days, but none of those conversations have resolved our demand that you immediately cease the use of our trademarks. Please contact me immediately to address these matters.

All of our client's customary rights are reserved.

Very truly yours,

CISLO & THOMAS LLP

D. M. Cislo, Esq.

Enclosure(s): Cease and Desist Letter – February 12, 2025