Andrei Iancu (SBN 184973)
iancua@sullcrom.com
Robert A. Sacks (SBN 150146)
sacksr@sullcrom.com
Emily Olsen (SBN 353281)
olsenem@sullcrom.com
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone:   (310) 712-6600

Aviv S. Halpern (SBN 327100)
halperna@sullcrom.com
**SULLIVAN & CROMWELL LLP**
550 Hamilton Avenue
Palo Alto, California 94301
Telephone:   (650) 461-5600

Daniel M. Cislo (SBN 125378)
dan@cislo.com
Katherine M. Bond (SBN 263020)
kbond@cislo.com
**CISLO & THOMAS LLP**
12100 Wilshire Blvd., Ste. 1700
Los Angeles, CA 90025
Telephone: (310) 979-9190

*Attorneys for Plaintiff Pepperdine University*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PEPPERDINE UNIVERSITY, | Case No. 25-1429 |
| Plaintiff, | **NOTICE OF MOTION AND MOTION FOR TEMPORARY RESTRAINING ORDER** |
| v. | |
| NETFLIX, INC. and WARNER BROS. ENTERTAINMENT | Date:<br>Time:<br>Courtroom: |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that on _____ at _____ a.m/p.m or as soon thereafter as counsel may be heard by the Honorable _____ in Courtroom ____ of the United States District Court for the Central District of California, Plaintiff Pepperdine University will and hereby does move the Court for an Order for a temporary restraining order against Defendants Netflix, Inc. and Warner Bros. Entertainment.

This Motion is brought pursuant to 15 U.S.C. § 1114 on the grounds that Plaintiff is likely to succeed on the merits of its claims and Plaintiff will suffer irreparable harm if a temporary restraining order is not issued.

Plaintiff seeks a temporary restraining order barring the below in any form until a preliminary injunction motion can be heard on regular notice on this Court's next available hearing date:

1. Continuing to show the trailer for the Running Point series or otherwise promoting the series with materials that refer to the team depicted in the series as the Waves or otherwise uses any of the federally registered trademarks Reg. Nos. 2,668,597, 2,903,783, and 2,967,811;

2. Showing or displaying any episodes of the Running Point series unless they are first edited to remove all references to the team depicted in the series as the Waves and eliminate all uses of the federally registered trademarks Reg. Nos. 2,668,597, 2,903,783, and 2,967,811;

3. Using any title, name, service mark, trademark, trade name, or domain name that is confusingly similar to federally registered trademarks Reg. Nos. 2,668,597, 2,903,783, and 2,967,811, in the advertising, distribution, showing, streaming, marketing, selling, promotion, and/or sale of Running Point or related goods or services;

4. Merchandising, marketing, advertising, selling, or offering to sell any merchandise including any title, name, service mark, trademark, trade name, or domain name that includes or is confusingly similar to the federally registered trademarks Reg. Nos. 2,668,597, 2,903,783, and 2,967,811, including but not limited to the use of the name "Waves," in connection with Running Point or related goods or services;

5. Using, registering, or reserving any domain name, social media name, or similar domain or social networking name or page that includes federally registered trademarks Reg. Nos. 2,668,597, 2,903,783, and 2,967,811, including but not limited to the use of the name "Waves";

6. Aiding, assisting, or abetting any other individual or entity in doing any act prohibited by this temporary restraining order.

This Motion is based on this Notice of Motion and Motion; the complaint filed on February 20, 2025, the Memorandum of Points and Authorities in Support of Motion for Temporary Restraining Order, the Declaration of Aviv S. Halpern and corresponding exhibits, the Declaration of Sean Burnett and corresponding exhibits, the Proposed Temporary Restraining Order, and the Proposed Order To Show Cause Why a Temporary Restraining Order Should Not Issue and all other matters presented to the Court prior to and at the hearing.

Dated: February 20, 2025

*/s/Andrei Iancu*
Andrei Iancu (SBN 184973)
iancua@sullcrom.com
Robert A. Sacks (SBN 150146)
sacksr@sullcrom.com
Emily Olsen (SBN 353281)
olsenem@sullcrom.com
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone:   (310) 712-6600

Aviv S. Halpern (SBN 327100)
halperna@sullcrom.com
**SULLIVAN & CROMWELL LLP**
550 Hamilton Avenue
Palo Alto, California 94301
Telephone:   (650) 461-5600

Daniel M. Cislo (SBN 125378)
dan@cislo.com
Katherine M. Bond (SBN 263020)
kbond@cislo.com
**CISLO & THOMAS LLP**
12100 Wilshire Blvd., Ste. 1700
Los Angeles, CA 90025
Telephone: (310) 979-9190

*Attorneys for Plaintiff Pepperdine University*