# Exhibit D

**Exhibit D**

The images below are of the *Running Point* trailer, taken from posts on Facebook by Warner Bros. TV[1] and Netflix, Inc.[2] dated January 30, 2025.



---

[1] Warner Bros. TV, Facebook, https://www.facebook.com/warnerbrostv/videos/running-point-trailer/1663604560932958/ (Jan. 30, 2025).

[2] Netflix, Facebook, https://www.facebook.com/warnerbrostv/videos/running-point-trailer/1663604560932958/ (Jan. 30, 2025).

facebook
Email or phone
Password
Log In
Forgot Account?
Video
Home
Live
Reels
Shows
Explore
Search videos
NETFLIX
0:11 / 2:30
Running Point Trailer
Warner Bros. TV
Follow
Game On. RUNNING POINT comes to Netflix on February 27!
#runningpoint

facebook
Email or phone
Password
Log In
Forgot Account?
Video
Home
Live
Reels
Shows
Explore
Search videos
NETFLIX
0:12 / 2:30
Running Point Trailer
Warner Bros. TV
Follow
Game On. RUNNING POINT comes to Netflix on February 27!
#runningpoint

facebook
Email or phone
Password
Log In
Forgot Account?
Video
Home
Live
Reels
Shows
Explore
Search videos
NETFLIX
We're a family brand.
You, Ness, and Sandy
0:55 / 2:30
Running Point Trailer
Like
Comment
Share
20 · 1.7K Plays
Warner Bros. TV
Follow
Game On. RUNNING POINT comes to Netflix on February 27!
#runningpoint

facebook
Email or phone
Password
Log In
Forgot Account?
Video
Home
Live
Reels
Shows
Explore
Search videos
NETFLIX
2:00 / 2:30
Netflix
Follow
January 30 at 9:00 AM
A new Mindy Kaling basketball comedy starring Kate Hudson? Game on. Running Point premieres February 27. #NextOnNetflix
See more
Most relevant
Author
Netflix
More details here: tudum.com/articles/mindy-kaling-kate-hudson-series-news
NETFLIX.COM
Basketball Comedy Running Point Tips Off in February
2w
8
Kyla Florance
Pretty sure I just watched the whole movie in the trailer
2w
31
View more comments
2 of 547
Running Point | Trailer

facebook
Email or phone
Password
Log In
Forgot Account?
Video
Home
Live
Reels
Shows
Explore
Search videos
NETFLIX
2:05 / 2:30
Netflix
Follow
January 30 at 9:00 AM
A new Mindy Kaling basketball comedy starring Kate Hudson? Game on. Running Point premieres February 27. #NextOnNetflix
See more
Most relevant
Author
Netflix
More details here: tudum.com/articles/mindy-kaling-kate-hudson-series-news
NETFLIX.COM
Basketball Comedy Running Point Tips Off in February
2w
8
Kyla Florance
Pretty sure I just watched the whole movie in the trailer
2w
31
View more comments
2 of 547
Running Point | Trailer







