# Exhibit A

Pepperdine | Community

# Official Colors

Color is a primary component of any brand identity system. Pepperdine blue and orange represents a brand identity tradition that dates back to the University's founding and along with the University logo, act as the primary visual pointers to the Pepperdine brand.

## Primary Colors

Pepperdine University is represented in print by Pantone 281 blue and 166 orange.

These two colors should be used in some context in every official Pepperdine communications vehicle, including all marketing materials for schools, centers, institutes, and divisions. The extent of their use in each design will depend on the tone and audience.



**Pepperdine Blue**

Pantone 281
100 90 31 35



**Pepperdine Orange**

Pantone 166
5 82 100 0

## Secondary Colors

The secondary color palette is meant to augment the primary blue and orange. They can be used as lead colors and can be combined with each other and with the neutrals to create thematic palettes.



**Ocean**

Pantone 2945

100 73 20 5



**Sky**

Pantone 2915

59 7 0 0



**Fog**

Pantone 552

15 0 0 0



**Mountain**

Pantone 7545

23 2 0 63



**Stone**

Pantone 5425
30 4 0 31



**Black**

Pantone 433
33 3 0 95



**White**

0 0 0 0

# Unique Web Colors

Please view the web style guide for digital colors and branding.

Copyright © 2025 Pepperdine University