# Exhibit D

## Exhibit B








