# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEPPERDINE UNIVERSITY <br><br> PLAINTIFF(S) <br><br> v. <br><br> NETFLIX INC , et al. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 2:25−cv−01429−CV−ADS <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

   2/20/2025          1           Request for Summons

Date Filed       Doc. No.      Title of Doc.

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

The Summons Requests was filed under the incorrect event. The correct event is: Civil Events > Service Documents > Service/Waivers of Summons and Complaints > Summons Request.

The summons cannot be issued until this defect has been corrected. Please correct the defect and re−file your summons request.

                                               Clerk, U.S. District Court

Date: February 20, 2025         By:  /s/ *Jeannine Tillman* <br>
                                            jeannine_tillman@cacd.uscourts.gov <br>
                                                Deputy Clerk

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

− NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS −