| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Andrei Iancu (SBN 184973); Robert A. Sacks (SBN 150146); Emily Olsen (SBN 353281) <br> **SULLIVAN & CROMWELL, LLP** <br> 1888 Century Park East, 21st Floor <br> Los Angeles, CA 90067 <br> TELEPHONE NO.: (310) 712-6600   FAX NO. *(Optional):* (310) 712-8800 <br> E-MAIL ADDRESS *(Optional):* <br> ATTORNEY FOR *(Name):* PEPPERDINE UNIVERSITY | |

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| PLAINTIFF/PETITIONER: PEPPERDINE UNIVERSITY | CASE No.: |
|---|---|
| DEFENDANT/RESPONDENT : NETFLIX, INC., AND WARNER BROS. ENTERTAINMENT INC. | **2:25-CV-01429CV(ADSx)** |
| **PROOF OF SERVICE** | Ref. No. or File No.: <br> SULCR-0190672.KW |

*(Separate proof of service is required for each party served.)*

1. At the time of service, I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. [X] Summons in a Civil Action         e. [ ] First Amended Complaint
   b. [X] Complaint                          f. [ ] Second Amended Complaint
   c. [X] Civil Cover Sheet                  g. [ ] Third Amended Complaint
   d. [X] Other *(specify documents):* Please see list of Additional Documents

3. a. Party served *(specify name of party as shown on documents served):*
      **NETFLIX, INC.**
   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
      CT CORPORATION SYSTEM, AGENT FOR SERVICE OF PROCESS, BY LEAVING WITH JESSE GASTELUM, INATKE CLERK, AUTHORIZED TO ACCEPT SERVICE OF PROCESS

4. Address where the party was served: **330 N. BRAND BLVD., SUITE 700, GLENDALE, CA 91203**

5. I served the party (check proper box)
   a. [X] **By Personal Service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **02/21/25**      (2) at *(time):* **11:30 AM**
   b. [ ] **By Substituted Service.** On *(date):*         at *(time):*        I left the documents listed in item
      with or in the presence of *(name and title or relationship to person indicated in item 3a):*

      (1) [ ] **(Business)** a person at least 18 years of age apparently in charge at the office or usual place of business of
          the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(Home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual
          place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(Physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing
          address of the person to be served, other than a United States Postal Service post office box. I
          informed him or her of the general nature of the papers.

      (4) [ ] thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at
          the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
          *(date):*         from *(city):*              or [ ] A Declaration of Mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

POS-010 [Rev. January 1, 2007]                **PROOF OF SERVICE OF SUMMONS**

American LegalNet, Inc. <br> www.FormsWorkflow.com

| PLAINTIFF/PETITIONER: PEPPERDINE UNIVERSITY | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: NETFLIX, INC., AND WARNER BROS. ENTERTAINMENT INC. | 2:25-CV-01429CV(ADSx) |

5.  c.  [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:                                (2) from *(city)*:

   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)
   (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. [ ] **By other means** *(specify means of service and authorizing code section):*

   e. [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant.
   d. [ ] On behalf of *(specify):*
      Under the following Code of Civil Procedure section:
      [ ] 416.10 (corporation)            [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)    [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association)   [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership)        [ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)          [ ] 415.46 (occupant)
                                          [ ] Other

7. **Person who served papers**
   a. Name: AUGUST KUND
   b. Address: P.O. Box 861057, Los Angeles, CA 90086
   c. Telephone number: (213) 975-9850
   d. **The fee** for service was: $ 191.25
   e. I am:
      (1) [ ] Not a Registered California process server.
      (2) [ ] Exempt from registration under Business and Professions Code section 22350(b).
      (3) [X] a Registered California process server:
         (i)  [ ] Owner   [ ] Employee   [ ] Independent contractor.
         (ii) Registration No.: 2017038478
         (iii) County: LOS ANGELES

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 02/21/25

AUGUST KUND                                           *(signature)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)         (SIGNATURE)

POS-010 [Rev. January 1, 2007]         **PROOF OF SERVICE OF SUMMONS**

American LegalNet, Inc.
www.FormsWorkflow.com

Case: Pepperdine University v. Netflix, Inc. and Warner Bros. Entertainment Inc.
Case No.: 2:25-CV-01429CV (ADSx)

## LIST OF ADDITIONAL DOCUMENTS:

Civil Minutes – General

Plaintiff's Certificate of Interested Entities or Persons

Notice of Motion and Motion for Temporary Restraining Order

Memorandum of Points and Authorities In Support of Temporary Restraining Order

Declaration in Support of Temporary Restraining Order

[Proposed] Order Granting Motion for Temporary Restraining Order

[Proposed] Order to Show Cause as to Why a Temporary Restraining Order Should Not Issue

Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program

Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge

Notice to Counsel Re: Copyright

Patent, and Trademark Reporting Requirements

Notice to Filer of Deficiencies in Attorney Case Opening

Notice to Filer of Deficiencies in Request for Issuance of Summons