Andrei Iancu (SBN 184973)
iancua@sullcrom.com
Robert A. Sacks (SBN 150146)
sacksr@sullcrom.com
Emily Olsen (SBN 353281)
olsenem@sullcrom.com
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone:   (310) 712-6600

Aviv S. Halpern (SBN 327100)
halperna@sullcrom.com
**SULLIVAN & CROMWELL LLP**
550 Hamilton Avenue
Palo Alto, California 94301
Telephone:   (650) 461-5600

Daniel M. Cislo (SBN 125378)
dan@cislo.com
Katherine M. Bond (SBN 263020)
kbond@cislo.com
**CISLO & THOMAS LLP**
12100 Wilshire Blvd., Ste. 1700
Los Angeles, CA 90025
Telephone: (310) 979-9190

*Attorneys for Plaintiff Pepperdine University*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PEPPERDINE UNIVERSITY,<br><br>  Plaintiff,<br><br>  v.<br><br>NETFLIX, INC. and WARNER BROS. ENTERTAINMENT INC.,<br><br>  Defendants. | Case No. 2:25-cv-01492-CV-ADS<br><br>**NOTICE OF ERRATA REGARDING DOCKET ENTRY NO. 15** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD**:

PLEASE TAKE NOTICE that on February 21, 2025, Plaintiff, Pepperdine University, filed its Proof of Service of the Minute Order re Minutes of In Chambers Order/Directive - no proceeding held, Set/Reset Motion Hearing and R&R Deadlines, [10], APPLICATION for Temporary Restraining Order as to release of Running Point series due to trademark infringement on Warner Bros. Entertainment Inc. (the "Proof of Service") (ECF No. 15). Plaintiff respectfully submits this Notice of Errata to inform the Court of an error in the Docket Text for this entry. The docket entry should read as: "PROOF OF SERVICE filed by **Plaintiff Pepperdine University** . . . . "

Dated: February 21, 2025

/s/*Andrei Iancu*
Andrei Iancu (SBN 184973)
iancua@sullcrom.com
Robert A. Sacks (SBN 150146)
sacksr@sullcrom.com
Emily Olsen (SBN 353281)
olsenem@sullcrom.com
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone:    (310) 712-6600

Aviv S. Halpern (SBN 327100)
halperna@sullcrom.com
**SULLIVAN & CROMWELL LLP**
550 Hamilton Avenue
Palo Alto, California 94301
Telephone:    (650) 461-5600

Daniel M. Cislo (SBN 125378)
dan@cislo.com
Katherine M. Bond (SBN 263020)
kbond@cislo.com
**CISLO & THOMAS LLP**
12100 Wilshire Blvd., Ste. 1700
Los Angeles, CA 90025
Telephone: (310) 979-9190

*Attorneys for Plaintiff Pepperdine University*