DANIEL M. PETROCELLI (SBN 97802)
dpetrocelli@omm.com
MATTHEW T. KLINE (SBN 211640)
mkline@omm.com
AMY R. LUCAS (SBN 264034)
alucas@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Tel: (310) 553-6700
Fax: (310) 246-6779

JAMES D. WEINBERGER
*(pro hac vice application forthcoming)*
jweinberger@fzlz.com
SHELBY P. ROKITO
*(pro hac vice application forthcoming*)
srokito@fzlz.com
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
151 West 42nd Street, 17th Floor
New York, New York 10036
Tel.: (212) 813-5900
Fax: (212) 813-5901

Attorneys for Defendants NETFLIX, INC. and
WARNER BROS. ENTERTAINMENT INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEPPERDINE UNIVERSITY,<br><br>                    Plaintiff,<br><br>        v.<br><br>NETFLIX, INC. and WARNER BROS. ENTERTAINMENT INC.,<br><br>                    Defendants. | Case No.: 2:25-cv-01429<br><br>**DEFENDANTS NETFLIX, INC. AND WARNER BROS. ENTERTAINMENT INC.'S NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1)**<br><br>Hon. Cynthia Valenzuela<br><br>Courtroom:        5D<br>Complaint filed:  February 20, 2025<br>Trial date:         None set |

TO THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Defendants Netflix, Inc. and Warner Bros. Entertainment Inc., certifies that the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

| PARTY | CONNECTION/INTEREST |
| --- | --- |
| Netflix, Inc. | Defendant |
| Warner Bros. Entertainment Inc. | Defendant |

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), the undersigned counsel of record certifies that Netflix, Inc. does not have a parent corporation or publicly held corporation owning 10% or more of its stock.  Warner Bros. Entertainment Inc. is a wholly-owned subsidiary of Warner Bros. Discovery, Inc., a publicly traded corporation. Warner Bros. Discovery, Inc. has no parent company, and no publicly held company owns 10% or more of Warner Bros. Discovery, Inc.'s stock.

//
//
//
//
//
//
//
//
//
//

1        DEFS.' NOTICE OF INTERESTED PARTIES
2:25-CV-01429

Dated: February 24, 2025

By: /s/ Matthew T. Kline

Daniel M. Petrocelli
Matthew T. Kline
Amy R. Lucas
O'MELVENY & MYERS LLP

-and-

James D. Weinberger
Shelby P. Rokito
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
(pro hac vice applications forthcoming)


Attorneys for Defendants NETFLIX, INC. and WARNER BROS. ENTERTAINMENT INC.