UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEPPERDINE UNIVERSITY,<br><br>                Plaintiff,<br><br>        v.<br><br>NETFLIX, INC. and WARNER BROS. ENTERTAINMENT<br><br>                Defendants. | Case No. 2:25-cv-01429<br><br>**ORDER GRANTING LEAVE FOR PLAINTIFF TO FILE A REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER** |

    Having reviewed the Notice of Motion and Motion for Leave to File a Reply in support of Plaintiff's Motion for Temporary Restraining Order and the corresponding exhibit presented therewith, and all other matters presented to the Court, and good cause having been shown, the Court hereby GRANTS the Motion.

Dated: 2/25/25

IT IS SO ORDERED

*Cynthia Valenzuela*
_____
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE