DANIEL M. PETROCELLI (SBN 97802)
dpetrocelli@omm.com
MATTHEW T. KLINE (SBN 211640)
mkline@omm.com
AMY R. LUCAS (SBN 264034)
alucas@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Tel: (310) 553-6700
Fax: (310) 246-6779

JAMES D. WEINBERGER
*(pro hac vice application forthcoming)*
jweinberger@fzlz.com
SHELBY P. ROKITO
(*pro hac vice application forthcoming*)
srokito@fzlz.com
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
151 West 42nd Street, 17th Floor
New York, New York 10036
Tel.: (212) 813-5900
Fax: (212) 813-5901

Attorneys for Defendants NETFLIX, INC. and
WARNER BROS. ENTERTAINMENT INC.

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PEPPERDINE UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>NETFLIX, INC. and WARNER BROS. ENTERTAINMENT INC.,<br><br>Defendants. | Case No.: 2:25-cv-01429<br><br>**DEFENDANTS' NOTICE OF LODGING [PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO FILE A SUR-REPLY**<br><br>Date: February 25, 2025<br>Time: 1:30 pm<br>Courtroom 5D<br><br>The Honorable Cynthia Valenzuela |

PLEASE TAKE NOTICE that Defendants Netflix, Inc. and Warner Bros. Entertainment Inc. hereby lodge the attached [Proposed] Order Granting Defendants' Request to File a Sur-Reply.

Dated: February 25, 2025     By: /s/ Daniel M. Petrocelli

Daniel M. Petrocelli
Matthew T. Kline
Amy R. Lucas
O'MELVENY & MYERS LLP

-and-

James D. Weinberger
Shelby P. Rokito
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
(*pro hac vice applications forthcoming*)

Attorneys for Defendants NETFLIX, INC. and WARNER BROS. ENTERTAINMENT INC.