**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PEPPERDINE UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>NETFLIX, INC. and WARNER BROS. ENTERTAINMENT INC.,<br><br>Defendants. | Case No.: 2:25-cv-01429<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO FILE A SUR-REPLY** |

On February 25, 2025, Defendants filed a Request to File a Sur-Reply ("Request"). After consideration of the Request, and all other matters properly before the Court, and with good cause appearing therefore, the Court hereby GRANTS Defendants' request to file a sur-reply.

IT IS SO ORDERED.

Dated: _____

Hon. Cynthia Valenzuela
United States District Court Judge