UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEPPERDINE UNIVERSITY,<br><br>    Plaintiff,<br><br>    v.<br><br>NETFLIX, INC. and WARNER BROS. ENTERTAINMENT INC.,<br><br>    Defendants. | Case No.: 2:25-cv-01429<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO FILE A SUR-REPLY** |

On February 25, 2025, Defendants filed a Request to File a Sur-Reply ("Request"). After consideration of the Request, and all other matters properly before the Court, and with good cause having been shown, the Court hereby GRANTS Defendants' request to file a sur-reply.

IT IS SO ORDERED.

Dated: 2/25/25

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE