UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | **2:25-cv-01429-CV-ADS** | Date | February 25, 2025 |
| Title | *Pepperdine University v. Netflix Inc et al* | | |

Present: The Honorable   Cynthia Valenzuela, United States District Judge

| Jessica Cortes | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Andrei Iancu<br>Aviv S. Halpern<br>Emily D. Olsen<br>Robert Sacks | Daniel M. Petrocelli<br>Matt Kline<br>Emma Lux<br>Berit Fitzsimmons |

**Proceedings:    PLAINTIFF'S MOTION RE: APPLICATION FOR TEMPORARY RESTRAINING ORDER [2]**

Case is called and counsel make their appearances. A motion hearing Re Application for Temporary Restraining order is held. The Court invites counsel to make oral argument. Arguments by counsel are heard. For the reasons stated on the record, the Court takes the matter under submission. An order will issue.