DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
mkline@omm.com
AMY R. LUCAS (S.B. #264034)
alucas@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
8th Floor
Los Angeles, California 90067-6035
Telephone: +1 310 553 6700
Facsimile: +1 310 246 6779

JAMES D. WEINBERGER
(*admitted pro hac vice*)
jweinberger@fzlz.com
SHELBY P. ROKITO
(*admitted pro hac vice*)
srokito@fzlz.com
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
151 West 42nd Street, 17th Floor
New York, New York 10036
Tel.: (212) 813-5900
Fax: (212) 813-5901

*Attorneys for Defendants Netflix, Inc. and Warner Bros. Entertainment Inc.*

(*ADDITIONAL COUNSEL LISTED ON THE FOLLOWING PAGE*)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PEPPERDINE UNIVERSITY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NETFLIX, INC. and WARNER BROS. ENTERTAINMENT INC.,<br><br>　　　　　Defendants. | Case No. 2:25-cv-01429<br><br>**JOINT STIPULATION REGARDING DEADLINES FOR PLAINTIFF'S FORTHCOMING AMENDED COMPLAINT AND DEFENDANTS' MOTION TO DISMISS** |

| | |
|---|---|
| 1 | ANDREI IANCU (S.B. #184973) |
|   | iancua@sullcrom.com |
| 2 | ROBERT A. SACKS (S.B. #150146) |
|   | sacksr@sullcrom.com |
| 3 | EMILY OLSEN (S.B. #353281) |
|   | olsenem@sullcrom.com |
| 4 | SULLIVAN & CROMWELL LLP |
|   | 1888 Century Park East |
| 5 | Los Angeles, California  90067 |
|   | Telephone:  +1 310 712 6600 |
| 6 | |
|   | AVIV S. HALPERN (S.B. #327100) |
| 7 | halperna@sullcrom.com |
|   | SULLIVAN & CROMWELL LLP |
| 8 | 550 Hamilton Avenue |
|   | Palo Alto, California 94301 |
| 9 | Telephone:  +1 650 461 5600 |
| 10 | DANIEL M. CISLO (S.B. #125378) |
|    | dan@cislo.com |
| 11 | KATHERINE M. BOND (S.B. # 263020) |
|    | kbond@cislo.com |
| 12 | CISLO & THOMAS LLP |
|    | 12100 Wilshire Blvd., Suite 1700 |
| 13 | Los Angeles, CA 90025 |
|    | Telephone:  +1 310 979 9190 |
| 14 | |
| 15 | *Attorneys for Plaintiff Pepperdine University* |

- 1 -

JOINT STIPULATION
2:25-CV-01429

# JOINT STIPULATION

Plaintiff Pepperdine University ("Plaintiff") and defendants Netflix, Inc. and Warner Bros. Entertainment Inc. ("Defendants"), by and through their respective attorneys, hereby stipulate to the following deadlines regarding Plaintiff's forthcoming amended complaint and Defendants' forthcoming motion to dismiss the amended complaint:

WHEREAS, the parties met and conferred, and plaintiff Pepperdine University ("Plaintiff") indicated that it intends to file a First Amended Complaint;

WHEREAS, Defendants' current deadline to respond to the Complaint (Docket No. 1) is March 14, 2025;

WHEREAS, Plaintiff agreed that, to preserve the parties' and the Court's resources, defendants Netflix, Inc. and Warner Bros. Entertainment Inc. ("Defendants") need not file a response to the Complaint (Docket No. 1);

WHEREAS, the parties agreed to stipulate to the deadlines for Plaintiff's forthcoming amended complaint and Defendants' anticipated motion to dismiss the amended complaint;

**ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED THAT:**

1. Defendants need not file a response to the complaint at Docket No. 1;
2. Plaintiff shall file an amended complaint on or before March 28, 2025;
3. Defendants shall file their motion to dismiss the amended complaint on or before April 18, 2025, noticing it for hearing on May 30, 2025;
4. Plaintiff shall file any opposition to Defendants' motion to dismiss on or before May 9, 2025; and
5. Defendants shall file any reply in support of their motion to dismiss on or before May 16, 2025.

JOINT STIPULATION
2:25-CV-01429

| | | |
|---|---|---|
| Dated: March 13, 2025 | By: | */s/ Matthew T. Kline* |

Daniel M. Petrocelli
Matthew T. Kline
Amy R. Lucas
O'MELVENY & MYERS LLP

-and-

James D. Weinberger
Shelby P. Rokito
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
*(admitted pro hac vice)*

*Attorneys for Defendants Netflix, Inc. and Warner Bros. Entertainment Inc.*

| | | |
|---|---|---|
| Dated: March 13, 2025 | By: | */s/ Aviv S. Halpern* |

Andrei Iancu
Robert A. Sacks
Emily Olsen
Aviv S. Halpern
SULLIVAN & CROMWELL LLP

-and-

Daniel M. Cislo
Katherine M. Bond
CISLO & THOMAS LLP

*Attorneys for Plaintiff Pepperdine University*

## SIGNATURE ATTESTATION

I hereby attest that the other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 13, 2025         By: */s/ Matthew T. Kline*
                              Matthew T. Kline
                              O'MELVENY & MYERS LLP

                              *Attorneys for Defendants Netflix, Inc. and Warner Bros. Entertainment Inc.*