**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PEPPERDINE UNIVERSITY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NETFLIX, INC. and WARNER BROS. ENTERTAINMENT INC.,<br><br>　　　　　　Defendants. | Case No. 2:25-cv-01429<br><br>**ORDER RE JOINT STIPULATION REGARDING DEADLINES FOR PLAINTIFF'S FORTHCOMING AMENDED COMPLAINT AND DEFENDANTS' MOTION TO DISMISS** |

# ORDER

Having reviewed the parties' Joint Stipulation Regarding Deadlines for Plaintiff's Forthcoming Amended Complaint and Defendants' Motion to Dismiss ("Stipulation"), and finding good cause therefor, the Court **GRANTS** the Stipulation.

**IT IS HEREBY ORDERED:**

1. Defendants need not file a response to the complaint at Docket No. 1;
2. Plaintiff shall file an amended complaint on or before March 28, 2025;
3. Defendants shall file their motion to dismiss the amended complaint on or before April 18, 2025, noticing it for hearing on a mutually agreed upon date;[1]
4. The parties shall file any opposition and reply in accordance with L.R. 7-9 and 7-10 and this Court's Standing Order.

Date: 3/19/25

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE

---

[1] The Parties' suggested date of May 30, 2025 is a closed motion date.