1  DANIEL M. PETROCELLI (SBN 97802)
   dpetrocelli@omm.com
2  MATT KLINE (SBN 211640)
   mkline@omm.com
3  AMY R. LUCAS (SBN 264034)
   alucas@omm.com
4  O'MELVENY & MYERS LLP
5  1999 Avenue of the Stars, 8th Floor
   Los Angeles, California 90067
6  Tel: (310) 553-6700
   Fax: (310) 246-6779

7  JAMES D. WEINBERGER
8  (*admitted pro hac vice*)
   jweinberger@fzlz.com
9  SHELBY P. ROKITO
   (*admitted pro hac vice*)
10 srokito@fzlz.com
   FROSS ZELNICK LEHRMAN & ZISSU, P.C.
11 151 West 42nd Street, 17th Floor
   New York, New York 10036
12 Tel.: (212) 813-5900
   Fax: (212) 813-5901

13 *Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEPPERDINE UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>NETFLIX, INC., WARNER BROS. ENTERTAINMENT INC., and KALING INTERNATIONAL, INC.,<br><br>Defendants. | Case No.: 2:25-cv-01429-CV (ADSx)<br><br>**DECLARATION OF MATT KLINE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>[*Filed concurrently with Defendants' Notice of Motion and Motion to Dismiss First Amended Complaint; Memorandum of Points and Authorities; Notice of Lodging; [Proposed] Order*]<br><br>Hearing Date: June 20, 2025<br>Time: 1:30 p.m.<br>Place: Courtroom 5D<br>Judge: Hon. Cynthia Valenzuela |

I, Matt Kline, declare and state as follows:

1. I am an attorney admitted to the Bar of the State of California and to the Bar of this Court. I am a partner at the law firm O'Melveny & Myers LLP, counsel for Defendants Netflix, Inc. ("Netflix"), Warner Bros. Entertainment Inc., and Kaling International, Inc. Unless otherwise stated, I have personal knowledge of the facts contained within this declaration, and, if called upon as a witness, I could and would testify competently thereto.

2. At my request, Netflix sent my law firm copies of the ten episodes of the first season of *Running Point*, which are available to Netflix subscribers on its streaming service. The episodes Netflix sent are identical to those available to Netflix viewers, except that Netflix added the file name, which flashes briefly at the beginning of each episode, and a watermark bearing this case number for security purposes. At my request, Netflix also sent my law firm a copy of the *Running Point* trailer, which is available to the public for free on YouTube. At my direction, my law firm created five copies of the episodes and trailer: three copies to submit to the Court, one copy for Plaintiff's file, and one copy for Defendants' file.

3. Submitted to this Court as **Exhibit A** are three identical flash drives, each of which contains true and correct copies of the trailer and ten episodes of the first season of *Running Point*.

Executed on April 18, 2025, in Los Angeles, California.

                              */s/ Matt Kline*
                              Matt Kline