Daniel M. Petrocelli (SBN 97802); dpetrocelli@omm.com
Matt Kline (SBN 211640); mkline@omm.com
Amy R. Lucas (SBN 264034); alucas@omm.com
O'Melveny & Myers LLP
1999 Avenue of the Stars, 8th Fl., Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Pepperdine University | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:25-cv-01429 |
| v. | |
| Netflix, Inc., Warner Bros. Entertainment Inc. and Kaling International, Inc. | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: (**List Documents**)

Three copies of Exhibit A to the Declaration of Matt Kline in Support of Defendants' Motion to Dismiss First Amended Complaint: three identical flash drives containing the ten episodes and trailer of the series, Running Point.

**Reason:**

☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

April 18, 2025                               /s/ Matt Kline
Date                                         Attorney Name
                                             Defendants
                                             Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    **NOTICE OF MANUAL FILING OR LODGING**