DANIEL M. PETROCELLI (SBN 97802)
dpetrocelli@omm.com
MATT KLINE (SBN 211640)
mkline@omm.com
AMY R. LUCAS (SBN 264034)
alucas@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California  90067
Tel: (310) 553-6700
Fax: (310) 246-6779

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEPPERDINE UNIVERSITY,<br><br>             Plaintiff,<br><br>     v.<br><br>NETFLIX, INC., WARNER BROS. ENTERTAINMENT INC., and KALING INTERNATIONAL, INC.,<br><br>             Defendants. | Case No. 2:25-cv-01429-CV (ADSx)<br><br>**DEFENDANTS' NOTICE OF REQUEST AND REQUEST FOR SCHEDULING CONFERENCE**<br><br>[*Filed concurrently with Declaration of Matt Kline and [Proposed] Order*]<br><br>Hearing Date:  October 3, 2025<br>Time:  1:30 p.m.<br>Place:  Courtroom 10B<br>Judge:  Hon. Cynthia Valenzuela |

## NOTICE OF REQUEST FOR SCHEDULING CONFERENCE

**TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on October 3, 2025, at 1:30 p.m. or as soon thereafter as the matter may be heard, in the United States District Court, Central District of California, U.S. Courthouse, 350 West First Street, Los Angeles, California 90012, Courtroom 10B, before the Honorable Judge Cynthia Valenzuela, Defendants will, and hereby do, move the Court for an order setting a scheduling conference or for a brief scheduling conference that same day.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place via Zoom on August 27, 2025. *See* Decl. of Matt Kline [Dkt No. 59–1]. Plaintiff Pepperdine University does not oppose Defendants' request but does not believe a conference is necessary.

Dated:  September 4, 2025      By: */s/ Matt Kline*

Daniel M. Petrocelli
Matt Kline
Amy R. Lucas
O'MELVENY & MYERS LLP

*Attorneys for Defendants*

- i -

DEFS.' REQUEST FOR
SCHEDULING ORDER
2:25-CV-01429-CV (ADSx)

Defendants request that the Court set a first scheduling conference in this case at its earliest convenience, including as soon as October 3, 2025—the hearing date noticed on this motion.

There is good cause to hold a conference. The Court has not yet held one in this matter, and though a Scheduling Order issued, [Dkt. No. 58], Defendants' pending Motions to Dismiss and to Stay Discovery could moot the need for any discovery or narrow it significantly. [Dkt. Nos. 40, 43]. Given these cost concerns and the First Amendment defenses presented, Defendants seek the Court's guidance at a scheduling hearing at which case management may be discussed.[1]

Dated:  September 4, 2025          By: /s/ Matt Kline

Daniel M. Petrocelli
Matt Kline
Amy R. Lucas
O'MELVENY & MYERS LLP

---

[1] Plaintiff Pepperdine University does not oppose Defendants' request but does not believe a conference is necessary—the Court has already issued a detailed scheduling order and, absent an order staying discovery, Plaintiff believes this case should proceed as scheduled.

- 1 -

DEFS.' REQUEST FOR
SCHEDULING ORDER
2:25-CV-01429-CV (ADSx)

**<u>Certificate of Compliance (Local Rule 11-6.2)</u>**

The undersigned, counsel of record for Defendants Netflix, Inc., Warner Bros. Entertainment Inc., and Kaling International, Inc., certifies that this one-page request complies with the 25-page limit set by the Court's Standing Order.

Dated:  September 4, 2025          By: */s/ Matt Kline*

Daniel M. Petrocelli
Matt Kline
Amy R. Lucas
O'MELVENY & MYERS LLP

*Attorneys for Defendants*

DEFS.' REQUEST FOR
SCHEDULING ORDER
2:25-CV-01429-CV (ADSx)