| | |
|---|---|
| Andrei Iancu (SBN 184973)<br>iancua@sullcrom.com<br>Robert A. Sacks (SBN 150146)<br>sacksr@sullcrom.com<br>Emily Olsen (SBN 353281)<br>olsenem@sullcrom.com<br>SULLIVAN & CROMWELL LLP<br>1888 Century Park East<br>Los Angeles, California 90067<br>Telephone: (310) 712-6600<br><br>Aviv S. Halpern (SBN 327100)<br>halperna@sullcrom.com<br>SULLIVAN & CROMWELL LLP<br>550 Hamilton Avenue<br>Palo Alto, California 94301<br>Telephone: (650) 461-5600<br><br>Daniel M. Cislo (SBN 125378)<br>dan@cislo.com<br>Katherine M. Bond (SBN 263020)<br>kbond@cislo.com<br>CISLO & THOMAS LLP<br>12100 Wilshire Blvd., Ste. 1700<br>Los Angeles, CA 90025<br>Telephone: (310) 979-9190<br><br>*Attorneys for Plaintiff Pepperdine University* | Daniel M. Petrocelli (S.B. #97802)<br>dpetrocelli@omm.com<br>Matt Kline (S.B. #211640)<br>mkline@omm.com<br>Amy R. Lucas (S.B. #264034)<br>alucas@omm.com<br>O'MELVENY & MYERS LLP<br>1999 Avenue of the Stars<br>8th Floor<br>Los Angeles, California  90067-6035<br>Telephone:   +1 310 553 6700<br>Facsimile:    +1 310 246 6779<br><br>*Attorneys for Defendants Netflix, Inc., Warner Bros. Entertainment Inc., and Kaling International, Inc.* |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PEPPERDINE UNIVERSITY,<br><br>    Plaintiff,<br><br>    v.<br><br>NETFLIX, INC., ET AL.,<br><br>    Defendants. | Case No. 2:25-cv-01429-CV-ADS<br><br>**JOINT REQUEST FOR CHIEF JUDGE TO ESTABLISH INTENDED DECISION DATE PURSUANT TO LOCAL RULE 83-9.4** |

## JOINT REQUEST PURSUANT TO LOCAL RULE 83-9.4

On October 29, 2025, Pepperdine University and Defendants (together, the "Parties") jointly filed a request for decision on the following motions in the above-captioned action, pursuant to Local Rule 83-9.2.

- Defendants' Motion to Dismiss First Amended Complaint (Dkt. 40), which the Court took under submission on June 17, 2025 (Dkt. 52).
- Defendants' Motion to Stay Discovery Pending Motion to Dismiss (Dkt. 43), which the Court took under submission on June 17, 2025 (Dkt. 52).

Thirty days have passed, and the Parties have not been notified of any decision or date certain by which a decision will be made. *See* L.R. 83-9.3 (Court shall "make[] its decision within 30 days after the filing of a joint request" or "shall…advise the parties in writing of the date by which the decision will be made."). The Parties, in keeping with the duties the Local Rules impose, jointly request that "the Chief Judge…establish an intended decision date" for the above motions. L.R. 83-9.4. A copy of this joint request has been filed in the above-captioned action.

Dated: December 2, 2025

| | |
|---|---|
| SULLIVAN & CROMWELL LLP | O'MELVENY & MYERS LLP |
| By: */s/ Aviv S. Halpern* | By: */s/ Matt Kline* |
| Attorneys for Plaintiff Pepperdine University | Attorneys for Defendants Netflix, Inc., Warner Bros. Entertainment Inc., and Kaling International, Inc. |

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 2, 2025

                                             O'MELVENY & MYERS LLP

                                             By: */s/ Matt Kline*

                                             Attorneys for Defendants Netflix, Inc., Warner Bros. Entertainment Inc., and Kaling International, Inc.