JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEPPERDINE UNIVERSITY,<br><br>        Plaintiff,<br><br>   v.<br><br>NETFLIX, INC., *et al.*,<br><br>        Defendants. | Case No. 2:25-cv-01429-CV (ADSx)<br><br>**JUDGMENT** |

On March 31, 2026, the Court entered an Order Granting Defendants' Motion to Dismiss, and ordering Plaintiff to file either a second amended complaint, or a Notice of Intent to Stand on First Amended Complaint. Doc # 77. On April 14, 2026, Plaintiff filed a Notice of Intent to Stand on First Amended Complaint, requesting that the Court enter a final appealable order.

In light of the foregoing, IT IS ORDERED AND ADJUDGED that judgment is hereby entered in favor of Defendants, and the action is DISMISSED WITH PREJUDICE. The court orders that such judgment be entered.

**IT IS SO ORDERED**.

Dated: 4/15/26

*Cynthia Valenzuela*

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE

1